# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1447. IN THE INTEREST OF J. G., A CHILD (MOTHER).**

In this direct appeal, the mother of minor child J. G. challenges the juvenile court's order terminating her parental rights. To obtain appellate review of an order terminating parental rights, however, a party must file an application for discretionary review. See OCGA § 5-6-35(a)(12), (b); *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016). Compliance with the discretionary appeals procedure is jurisdictional. *Booker v. Ga. Dept. of Human Res.*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012). Accordingly, the appellant's failure to file a discretionary application deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/02/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*